# UNITED STATES BANKRUPTCY COURT
### Middle District of North Carolina
### 101 S. Edgeworth Street
### Greensboro, NC 27401

Bankruptcy Case No.: 09−80108

IN THE MATTER OF:
Randall L Riddle      xxx−xx−9289
aka Randy Riddle
Cindy L Riddle      xxx−xx−8542
6205 Yarborough Road
Mebane, NC 27302

    Debtor(s)

## FINAL DECREE

   **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

   **ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

   **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 9/1/10

William L. Stocks
United States Bankruptcy Judge